**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*; | **Case No. 26-cv-3157** |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*; and | **Case No. 26-cv-3263** |
| DSCC, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br>*Defendants*. | **Case No. 26-cv-03330** |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of October 9, 2026, the parties in the above-captioned cases have met and conferred and write to present their position on consolidation.

All parties agreed that consolidation is appropriate under Federal Rule of Civil Procedure 42(a)(2), including because there are "extensive common questions of law and fact" among the cases, and consolidation will "promote the interests of judicial economy, consistency, timeliness and convenience, without being likely to trigger any substantial risk of inconvenience, prejudice, delay or expense for the Court or the litigants." *Nat'l Ass'n of Mortg. Brokers v. Bd. of Governors of Fed. Rsrv. Sys.*, 770 F. Supp. 2d 283, 287 (D.D.C. 2011).

All parties further agreed that the separately represented Plaintiffs in the three cases reserve the right to file their own pleadings, motions, and briefs in the consolidated action, and the government Defendants reserve the same right for separate briefing with respect to each of the consolidated cases. Plaintiffs further agree they will endeavor to the greatest extent practicable to coordinate and consolidate filings to promote judicial economy and avoid duplicative filings.

In addition, Defendants expressly reserve the right to request coordinated briefing schedules regarding any requests for emergency relief or discovery in this case.

October 16, 2026

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
Catherine.Malycke@usdoj.gov

*Attorneys for the United States of America*

Respectfully submitted,

*/s/ Orlando Economos*

Orlando Economos (DC Bar No. 90013791)
Ronald A. Fein (DC Bar No. 90026641)
J.P. Cooney (DC Bar No. 494026)
Molly Gaston (DC Bar No. 90045824)
Brian D. Netter (DC Bar No. 979362)

Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

oeconomos@democracyforward.org
rfein@democracyforward.org
jpcooney@democracyforward.org
mgaston@democracyforward.org
bnetter@democracyforward.org

*Counsel for League of United Latin American Citizens, Common Cause, UnidosUS, City & County of Denver, and Hennepin County*

/s/ *Jennifer Holmes*

Jennifer A. Holmes (DC Bar No. 1018798)*
Toby Merrill (MA0006)**
Cassie Crawford (*pro hac vice*)†
Kyra Sikora (*pro hac vice*)
Graham Provost (DC Bar No. 1780222)‡

Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609
(510) 738-6788

jennifer.holmes@publicrightsproject.org
toby.merrill@publicrightsproject.org
kyra.sikora@publicrightsproject.org
graham.provost@publicrightsproject.org

*Counsel for City & County of Denver and Hennepin County*

** Licensed in New York and Washington, D.C. Not licensed to practice law in California.*

***Licensed in Massachusetts and New York. Not licensed to practice law in California.*

*†Licensed in North Carolina. Not licensed to practice law in California.*

*‡Licensed in Washington, D.C. Not licensed to practice law in California.*

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta (DC 975323)
Christopher D. Dodge (DC 90011587)
Julianna D. Astarita (DC 90041368)
Kevin R. Kowalewski (DC 90045467)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 948-1135
unkwonta@elias.law
cdodge@elias.law
jastarita@elias.law
kkowalewski@elias.law

*Counsel for Plaintiffs DSCC, DCCC, Democratic Governors Association, U.S. Senate Minority Leader Schumer, and U.S. House Minority Leader Jeffries*

Leah Wong***
Jane Shim***
Charles Jiang***
Patrick Stegemoeller***
Dinesh McCoy***
Niji Jain***
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, NY 10013

/s/ Hayden Johnson
Hayden Johnson (DC Bar No. 1671830)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Avenue NW #163
Washington, DC 20006
(202) 579-4582
Hayden.Johnson@protectdemocracy.org

Jessica A. Marsden*
PROTECT DEMOCRACY PROJECT

/s/ John Cusick
John S. Cusick*
Brittany Carter***
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (202) 226-7592
jcusick@naacpldf.org

I. Sara Rohani (DC Bar No. 1781155)
Hayley Hahn** (DC Bar No. 90045921)
NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005

Miranda Galindo***
Rex Chen***
LATINOJUSTICE PRLDEF
475 Riverside Drive, #1901

101 Glen Lennox, Suite 300
Chapel Hill, NC 27517

Benjamin R. Farley (DC Bar No. 90042585)
Imani Franklin (DC Bar No. 90006160)
NATIONAL IMMIGRATION LAW CENTER
PO Box 34573
Washington, DC 20043

New York, NY 10115

Kristen M. Clarke (DC Bar No. 973885)
Anthony P. Ashton (D.D.C. Bar No. MD25220)
Max L. Meyers***
NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE
4805 Mt. Hope Dr.
Baltimore, MD 21215

*Counsel for Plaintiffs NAACP, MFA, OCA, NUL, and MN8*

Jasleen K. Singh*
Patrick Berry*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271

Hayne Yoon*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
777 6th St. NW, Suite 1100
Washington, DC 20001

*Counsel for Plaintiff SEIU*

Norman L. Eisen (DC Bar No. 435051)
Pooja Chaudhuri (DC Bar No. 888314523)
Sofia Fernandez Gold (DC Bar No. 90010196)
Harold Craig Becker (DC Bar No. 371239)
Tianna Mays (DC Bar No. 90005882)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003

*Counsel for Plaintiffs AFT, UFCW, and IUPAT*

* *Admitted pro hac vice*
** *Admission to D.D.C. pending*
*** *Pro hac vice application forthcoming*